# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00265-GMN-CWH |
| Plaintiff, | |
| v. | |
| VICTOR ADAM RAMIREZ, | **ORDER** |
| Defendant. | |

Presently before the Court is Defendant Victor Adam Ramirez's motion for extended library time (ECF No. 477), filed on December 21, 2017. The government filed a response (ECF No. 481) on January 4, 2018. Defendant did not file a reply.

Defendant, who is presently incarcerated, moves for this Court to order Southern Nevada Detention Center to allow him up to six hours of library time per day, to allow him to assist in preparing his own defense. Defendant is currently represented in this matter by attorney Telia Williams. Defendant does not suggest that his current representation is inadequate, or specify any particular issue that requires further research on his part. Further, Defendant does not provide any authority that would allow this Court to order Southern Nevada Detention Center to make such an allowance for a represented Defendant. The Court will therefore deny the motion.

IT IS THEREFORE ORDERED that Defendant's motion for library time (ECF No. 477) is DENIED.

DATED: January 18, 2018

_____
C.W. Hoffman, Jr.
United States Magistrate Judge

1