# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 2:16-cr-00265-GMN-NJK |
| vs. | ORDER |
| VICTOR ADAM RAMIREZ, | (Docket No. 2101) |
| Defendant. | |

On February 7, 2020, while represented by counsel, Defendant Victor Adam Ramirez filed a *pro se* motion for relief. Docket No. 2101. A party who is represented by counsel "cannot while so represented appear or act in the case." LR IA 11-6(a).

Accordingly,

Defendant's *pro se* filing, Docket No. 2101, shall be **STRICKEN** from the docket.

IT IS SO ORDERED.

DATED: February 28, 2020.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE