# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-cr-00265-GMN-NJK |
| Plaintiff, | **Order Setting Hearing** |
| v. | (Docket No. 2185) |
| VICTOR ADAM RAMIREZ, | |
| Defendant. | |

Pending before the Court is the parties' stipulation to reopen detention hearing, Docket No. 2185, which the Court **GRANTS**. The Court **SETS** a reopened detention hearing for March 30, 2020, at 11:30 a.m., in Courtroom 4B. Due to the COVID-19 pandemic, the Court conducts all criminal hearings over video rather than in person, with the consent of the defendant. No later than March 26, 2020, counsel shall file notice on the docket as to whether Defendant consents to a video hearing.

IT IS SO ORDERED.

DATED: March 24, 2020.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE