# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>VICTOR ADAM RAMIREZ,<br><br>    Defendant. | Case No.: 2:16-cr-00265-GMN-NJK<br><br>**Order Continuing Hearing** |

Due to conflicting duties of the Court, the Court **CONTINUES** the hearing on the parties' stipulation to reopen detention hearing <u>in time only</u> to **March 30, 2020, at 4:00 p.m.**, in Courtroom 4B. Defendant has consented to appear via video. Docket No. 2187. As a result, Defendant will appear at the hearing via video link from the facility in which he is currently detained.

IT IS SO ORDERED.

DATED: March 26, 2020.

 

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE